UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WAYNE MITCHELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:20-cv-00555-JPH-MJD |
| ) | |
| WARDEN Wabash Valley Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

# FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT against the petitioner and for the respondent. The petition for a writ of habeas corpus challenging prison disciplinary case number WVD 20-07-0155 is denied.

Date: 10/18/2021

ROGER A.G. SHARPE, Clerk of Court

By: *Pam Pope*
Deputy Clerk

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Wayne Mitchell
128693
Wabash Valley Correctional Facility - Inmate Mail/Parcels
Electronic Service Participant – Court Only

All Electronically Registered Counsel